688

No. 821. SOUTHERN PACIFIC CO. *v.* McDONNELL, ADMINISTRATRIX. April 26, 1937. Petition for writ of certiorari to the District Court of Appeal, 1st Appellate District, of California, denied. *Mr. Arthur Bergin Dunne* for petitioner. *Mr. Herbert W. Erskine* for respondent.

No. 828. CAMERON *v.* UNITED STATES. April 26, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Lawrence E. Goldman* for petitioner. *Solicitor General Reed* and *Messrs. Julius C. Martin, Wilbur C. Pickett,* and *W. Marvin Smith* for the United States.

No. 829. CAMPBELL *v.* COMMISSIONER OF INTERNAL REVENUE. April 26, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. George F. Mulligan, Marion L. Marshall,* and *George F. Mulligan, Jr.,* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Mr. Sewall Key* for respondent.

No. 831. SARTORIUS *v.* COMMISSIONER OF INTERNAL REVENUE. April 26, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harry J. Leffert* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Berryman Green* for respondent.

No. 833. MAYERHOFER *v.* UNITED STATES. April 26, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. A. M.*

*Fitzgerald* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. Walter L. Rice* and *Wendell Berge* for the United States.

No. 834. CHAPMAN, ADMINISTRATRIX, *v.* REESE, RECEIVER. April 26, 1937. Petition for writ of certiorari to the Court of Appeals of Ohio denied. *Mr. H. B. Teegarden* for petitioner. *Mr. T. A. Billingsley* for respondent.

No. 906. CATHOLIC ORDER OF FORESTERS *v.* NORTH DAKOTA. See *ante,* p. 665.

No. 912. RUSSIAN, ADMINISTRATRIX, *v.* UNITED STATES. May 3, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit and motion for leave to proceed further *in forma pauperis* denied. *Mr. Joseph F. Gunster* for petitioner. No appearance for the United States.

No. 889. TINKOFF *v.* UNITED STATES. May 3, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit and motion for leave to proceed further *in forma pauperis* denied. *Mr. Paysoff Tinkoff, pro se.* No appearance for the United States.

No. 820. STATE TAX COMMISSION ET AL. *v.* WINSTON BROTHERS CO. ET AL. May 3, 1937. Petition for writ of certiorari to the Supreme Court of Oregon denied. *Mr.*